KATHERINE CONROY et al., as Executors of MARGARET
L. KINGSLEY, Deceased, Appellants, *v.* THE EQUITABLE
TRUST COMPANY OF NEW YORK, Individually and as
Trustee, et al., Respondents.

THE EQUITABLE TRUST COMPANY OF NEW YORK, as
Trustee, Respondent, *v.* CHARLOTTE M. KINGSLEY et al.,
Respondents, and KATHERINE CONROY et al., as Execu-
tors of MARGARET L. KINGSLEY, Deceased, Appellants.

*Trusts and trustees — accounting — title as between estate of life tenant
and remainderman to dividends declared after death of life tenant.*

*Conroy* v. *Equitable Trust Co. of N. Y.,* 207 App. Div. 839, affirmed.
*Equitable Trust Co. of N. Y.* v. *Kingsley,* 207 App. Div. 839,
affirmed.

(Argued April 15, 1924; decided June 3, 1924.)

APPEAL, in the first of the above-entitled actions, by
permission, from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered November 16, 1923, unanimously affirming a
judgment in favor of defendants entered upon a dismissal
of the complaint by the court on trial at Special Term.

Appeal, in the second of the above-entitled actions, from
a judgment of the Appellate Division of the Supreme
Court in the first judicial department, entered November
16, 1923, unanimously affirming a judgment in favor of
plaintiff and defendants, respondents, entered upon a
decision of the court on trial at Special Term. Said
judgments at Special Term approved the account pre-
sented by the Equitable Trust Company as successor
trustee of Margaret L. Kingsley, deceased, and decree that
the trust under which said trust company acted as trustee
terminated on March 8, 1916, the date of the death of
Margaret L. Kingsley, who was life tenant; that thereupon
her daughter, Charlotte M. Kingsley, remainderman
under said trust, became vested with all the property
thereof, including 200 shares of the preferred stock of the
Pittsburgh Coal Company of New Jersey, and all divi-
dends thereon formally declared after Margaret L.
Kingsley's death, and that these appellants, as executors

of her will, were not entitled to any part of said trust estate or to any interest in the dividends from the said stock of the Pittsburgh Coal Company.

*John B. Doyle* and *Harrison Clark* for appellants.

*Harrison Tweed* and *Archer P. Cram* for Equitable Trust Company of New York, respondent.

*John J. Kirby* for Charlotte M. Kingsley, respondent.

Judgments in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.